# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF A.H.

NO.   2024 CW 0483

**JUNE 11, 2024**

---

In Re:   Mother, A.T., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. J-22-113.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

    **WRIT GRANTED WITH ORDER.** The district court's April 26, 2024 Permanency Hearing Order is an appealable judgment. See La. Ch.C. art. 710(D). Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator, A.T., pursuant to the notice of intent to seek supervisory writs filed by relator. See La. Ch.C. art. 332(A); **In Re Howard,** 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
    FOR THE COURT